SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>           Plaintiff,<br><br>    vs.<br><br>Ayers, et al<br><br>           Defendants | Case No. **11-cv-00693-JAM-DAD**<br><br>**STIPULATION AND ORDER RE: REQUEST TO WITHDRAW CLERK'S ENTRY OF DEFAULT** |

**ORDER**

IT IS HEREBY ORDERED THAT the Clerk's Entry of Default filed November 28, 2011 be and is hereby WITHDRAWN.

Date:   12/22/2011

/s/ John A. Mendez
U. S. District Court Judge

STIPULATION AND PROPOSED ORDER RE REQUEST TO WITHDRAW ENTRY OF DEFAULT

CIV: S-11-cv-00693-JAM-DAD - 1

PDF created with pdfFactory trial version www.pdffactory.com